1014

THE STATE OF WASHINGTON, *Respondent*, v. LARRY STEELE MOSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06293-3, Laura Gene Middaugh, J., entered December 16, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Lau, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE KING, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 11-1-00386-4, Julie A. Spector, J., entered November 30, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Lau, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ROGER HOLMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00187-0, Michael Heavey, J., entered December 5, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Verellen, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE CURTIS LAMAR, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00392-7, Ronald L. Castleberry, J., entered December 15, 2011. *Reversed* and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Verellen, JJ.